# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Mitchell R. Elfers**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

March 4, 2025

Third Judicial District Court
New Mexico, Dona Ana County
201 W. Picacho Ave.
Las Cruces, NM 88005

Re: Baquera et al v. Board of County Commissioners of Dona Ana County et al

               Civil Case No. CV 24-1297-KWR-JHR
               NM State No. D-307-CV-24-02603

Dear Clerk of the Court

 Please find enclosed a certified copy of the certified Order signed by United States District Judge Kea W. Riggs along with certified copies of docket report and the documents filed in our court.

 Please acknowledge receipt of these records by returning a copy of this letter to this office.

               Sincerely,

               Mitchell R. Elfers
               Clerk of Court

               By:_____
               Gene Rael, Deputy Clerk

I _____ received this information on _____, 2025.

             Signed:_____